**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Jenny Day and Guillermo Moreno, Appellants v. Classic Autoplex
                         GM LLC Classic Chevrolet Buick GMC Cadillac, Appellee

Appellate case number:   01-19-00744-CV

Trial court case number:  17-CV-0081

Trial court:             212th District Court of Galveston County

Date motion filed:       May 12, 2021

Party filing motion:     Appellants


     It is ordered that the motion for rehearing is **denied**.


Judge's signature:  /s/ Julie Countiss
                    Justice Countiss, acting for the Court

Panel consists of:  Justices Kelly, Goodman, and Countiss.

Date:  July 20, 2021